IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EDUARDO SURIA CARMONA<br>ZULMAN BRUNILDA ORTIZ MORALES<br><br>DEBTOR(S) | CASE NO. 09-03740 ESL<br><br>CHAPTER 13 |

## NOTICE OF FILING THE THIRD PRE-CONFIRMATION
## CHAPTER 13 PLAN DATED OCTOBER 14, 2009

**TO THE HONORABLE COURT:**

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

The pre-confirmation amended **Chapter 13 Plan dated October 14, 2009** is being filed herewith. The amended plan provides:

*a. To clarify treatment to secured creditors.*

**WHEREFORE**, the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, of the filing of the aforementioned plan.

**Twenty-Five-Day Notice To Parties In Interest**

Within **twenty five (25) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the aforementioned **Amended Plan** with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to: Chapter 13 Trustee, and Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee. Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, October 14, 2009.

<u>s/JOSE L. JIMENEZ QUINONES</u>
JOSE L. JIMENEZ QUINONES
USDC-PR 203808
THE HATO REY CENTER, STE. 1118
268 AVE. PONCE DE LEON
SAN JUAN, PR 00918
TEL.(787) 282-9009
Mobile (787) 691-3458
FAX 1-866-326-9416
jljimenez11@gmail.com

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                          Case No. **09-03740-13**

**SURIA CARMONA, EDUARDO & ORTIZ MORALES, ZULMA BRUNILDA**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **10/14/09**                        ☐ AMENDED PLAN DATED: _____
☒ PRE ☐ POST-CONFIRMATION             Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | Amount | × | Months | = | Total |
|---|---|---|---|---|---|
| $ | 625.00 | × | 36 | = $ | 22,500.00 |
| $ | 725.00 | × | 12 | = $ | 8,700.00 |
| $ | 750.00 | × | 12 | = $ | 9,000.00 |
| $ | | × | | = $ | |
| $ | | × | | = $ | |

TOTAL: $ **40,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ × _____ = $ _____

PROPOSED BASE: $ **40,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,775.00**

Signed: **/s/ EDUARDO SURIA CARMONA**
Debtor

**/s/ ZULMA BRUNILDA ORTIZ MORALES**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. **DORAL BANK**     Cr. _____
# **0085001137**     # **2175 (POC #9)**     # _____
$ **2,750.00**     $ **70.00**     $ _____
2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**     Cr. _____     Cr. _____
# **AUTO (POC #10)**     # _____     # _____
$ **20,705.45**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☒ Debtor otherwise maintains regular payments directly to:
**AMERICAN EDUCAT**     **DORAL BANK**     **See Attached**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

---

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**          Phone: **(787) 691-2458**

AMENDED CHAPTER 13 PAYMENT PLAN

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| Debtor Otherwise maintains regular payments directly to: | CARMEN M COFINO<br>DORAL BANK | | |
| Executory Contracts - Assumed: | EUROBANK | | |

IN RE SURIA CARMONA, EDUARDO & ORTIZ MORALES, ZULMA BRUNILDA    Case No. 09-03740-13
                                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

1. THE STAY WAS LIFTED IN FAVOR OF BANCO BILBAO VIZCAYA ARGENTARIA (BBVA) OVER THE OCEAN VIEW, LAJAS PR PROPERTY (ACC. NO. ENDING IN XXX8629, POC # 13), UP TO THE ENTRY OF JUDGEMENT IN THE STATE COURTS. THE COURT RETAINS JURISDICTION OVER THE SALE OF SAID PROPERTY, UNTIL DETERMINED OTHERWISE.

2. SECURED CREDITOR CARMEN CONFINO WILL BE KEPT CURRENT OUTSIDE OF PLAN THROUGH DECEMBER 31, 2009. ANY UNPAID BALANCE BALANCE OF THIS DEBTO, SECURED WITH A SECOND MORTGAGE OVER THE OCEAN VIEW, LAJAS PR PROPERTY, WILL BE PAID FROM THE PROCEEDS REMAINING OF THE SALE OF SUCH PROPERTY, AFTER LIQUIDATING THE FIRST MORTGAGE TO BBVA (ACC. # XXX8629).

2. INSURANCE WILL BE PROVIDED THROUGH THE PLAN TO BBVA UPON MATURITY OF ITS AUTO LOAN AGREEMENT (ACC. # XXX9171, POC#10) . PREMIUM EXPENSE QUOTED BY TRIPLE S PROPERTY INSURANCE AT $702.00.

3. EUROBANK'S UNEXPIRED LEASE OF THE 2005 NISSAN ALTIMA (ACC. NO. ENDING XXX9171) IS HEREBY ASSUMED. ANY PRE-PETITION ARREARS SHALL PROMPTLY BE CURED BY THE TRUSTEE THROUGH THE PLAN. ADEQUATE ASSURANCE OF FUTURE PERFOMRANCE IS PROVIDED BY MAINTAINING THE CONTINUED MONTHLY PAYMENTS TO EUROLEASE, DIRECTLY BY DEBTORS, AS PER THE LEASE AGREEMENT.

4. PAYMENT OF BANCO POPULAR/POPULAR AUTO MOTOR VEHICLE LOAN (ACC. NO. ENDING XXX0001; POC #8) WILL BE MADE DIRECTLY TO CREDITOR BY SPOUSE'S DAUGHTER, WHO LIVES WITH DEBTORS. THERE ARE NO PRE-PETITION OR POST-PETITION ARREARS WITH THIS ACCOUNT. THE MOTOR VEHICLE IS KEPT AT DEBTORS' RESIDENCE. THE STAY IS HEREBY VOLUNTARILY LIFTED IN FAVOR OF BANCO POPULAR/POPULAR AUTO.

5. LONG TERM STUDENT LOAN OWED TO AMERICAN EDUCATION SERVICES (ACC. NO. ENDING XXX4541) WILL BE PAID DIRECTLY BY DEBTOR COMMENCING JANUARY 2010, AT THE REGULAR MOTHLY INSTALLMENTS OF $205.10.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only