UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
EDUARDO SURIA CARMONA  
ZULMA BRUNILDA ORTIZ MORALES

DEBTOR (S)

CASE NO. 09-03740-ESL

CHAPTER 13

## TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**. R2016 STM.**$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $1,775.00 Fees paid: $0.00 Fees Outstanding: $1,775.00**

With respect to the proposed (amended) Plan dated: **October 14, 2009** (Dkt 49). Plan Base: **$40,200.00**

**The Trustee Recommends the confirmation of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1325 and other related sections of the Bankruptcy Code.**

**Comments:**

**NONE**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this 3/3/2010.

/s/ José R. Carrion  
/s/ Juliel Perez -Staff Attorney  
JOSE R. CARRION  
CHAPTER 13 TRUSTEE  
PO Box 9023884, San Juan, PR 00902-3884